IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, <br><br> Plaintiff, <br><br> v. <br><br> STANFORD PLAVIN, M.D. <br><br> Defendant. | Civil Action No. <br><br> 1:18-cv-5286-WMR |

## **JOINT NOTICE OF SETTLEMENT**

COME NOW plaintiff The Automobile Insurance Company of Hartford, Connecticut and defendant Stanford Plavin, M.D., by and through their counsel, and hereby notify the Court that the parties have reached a resolution of this matter and will be executing an agreement to that end. Upon execution of a settlement agreement, the parties will file a Stipulation of Dismissal. The parties anticipate finalizing an agreement and filing a stipulation of dismissal on or before March 22, 2019.

Respectfully submitted, this 4th day of March, 2019.

(Signatures on next page)

*/s/ Aaron M. Danzig*
Aaron M. Danzig
Georgia Bar No. 205151
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-8500 (main)
(404) 873-8504 (direct)
(404) 873-8505 (fax)
aaron.danzig@agg.com

*Attorneys for Defendant*

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Jonathan J. Kandel*
David M. Atkinson
Georgia Bar No. 026460
David.atkinson@swiftcurrie.com
Jonathan J. Kandel
Georgia Bar No. 940584
Jonathan.kandel@swiftcurrie.com
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800 (tel)
(404) 888-6199 (fax)

*Attorneys for Plaintiff*

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Joint Notice of Settlement has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*s/ Aaron M. Danzig*
Aaron M. Danzig

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically filed the foregoing Joint Notice of Settlement with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*s/ Aaron M. Danzig*
Aaron M. Danzig
Georgia Bar No. 205151
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-8500 (main)
(404) 873-8504 (direct)
(404) 873-8505 (fax)
aaron.danzig@agg.com

*Attorneys for Defendant*
